**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. '14 — CV — 02243
(To be supplied by the court)

David E Birdsall , Plaintiff,

v.

Colorado Coalition
For Homeless ,
Michel Dickerson,
Cindy Simperi ,

_____ ,

_____ ,

_____ ,

_____ , Defendant(s).

(List each named defendant on a separate line.)

---

**COMPLAINT**

---

(Rev. 07/06)

**PARTIES**

1. Plaintiff _DAvid Birdsall_ is a citizen of _Denver Colorado_
who presently resides at the following address:
_Homeless/mail address 846 E 18th_
_Denver Colo 80218_

2. Defendant _Michel Dickerson_ is a citizen of _Colorado_
who live(s) at or is/are located at the following address:
_2100 Champa Denver Colorado_

3. Defendant _Cindy Simmer_, is a citizen of _Colorado_
who live(s) at or is/are located at the following address:
_2100 Champa Denver Colorado_

(Attach a separate page, if necessary, to list additional parties.)

**JURISDICTION**

4. Jurisdiction is asserted pursuant to following statutory authorities:
_Fedral Statutes Pretaining to_
_Abuse of elderly disabale person +_
_misuse of SSI Funds, over payment_
_of loan, over payment of rent, mismangement_

5. Briefly state the background of your case:

The DeFendAnts Knowininty took
DisAbly Fund to MANAge my SSI
Funds, PAid Rent to A place I
was not At. Refuse to pay Rent
on one Apartment I was Evicted.
LOAN me money For thing that
they Cause, Loan me money for
Deintures that Medicad would Have
Paid For, Keep me Homeless For there
Beifit. Mismangement keep me Homeless
without a Doctor, no money For CopAy
For medication order By Hospitals

**FIRST CLAIM FOR RELIEF
AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

1. The Colorado Coalition For Homeless took S.S.I money to pay For Housing cloths, Food, medical, trasporation to keep me From being Homeless. Ive Been Homeless mostly Since 2006.

They paid Rent to Granite Realty And other Loan while I was in the Denver County Jail. Upon my Release Michel Dickerson Advised me I owed 698.00 SSI Because I Recieved A SSI check which in Jail. The SSI check in Question was Sent to the Colorado Coalition notme, And michel Dickerson Spent All But 160.00 This is knowingly misuse of fedral Funds

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

The Colorado Coalition For Homeloss, Case Manger Cindy Simmeri Refused to pay Rent on my Apartment on 33rd and Clay in Denver Colordo Resulting in me Being Euicted. I Loss All my personal Belongs Funiture, T.V. Dishos Bedding pots and pANS Radio and CAolHS, and A Relationship with A girl Friend.

Because Cindy Simmeri said the manggement would not Anwer her For Rental Lincos. I Lost 200.00 depoit. The Colorado Contition For Homeless did Leand me money to pay Rent and depoist on Another Apartment. I paid the Loan For their mistake

**THIRD CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

I have been with the Colorado Coalition mostly since 2006 I Also respected every person there, but After I File court paper against Mental Health Center of Denver. The Coalition won't allow me in their Building Did not Know the Colorado Coalition For the Homeless Had Fincial tie with Mental Health Center of Denver. Both are quitiy OF taking SSI Fund From disABle person And doing Nothing.

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

$10,000,000 ten million Dallars (sensory damages

$10,000,000 punitive damages For Lost of viation to Federal and State Laws pretaixYing to the Care of a Eldley person. and 14Th Amendment Right to due process.

Date: 8-12-14

_____
(Plaintiff's Original Signature)

846 E 18Th Ave
(Street Address)

Denver Co 80218
(City, State, ZIP)

_____
(Telephone Number)